COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANS- PORTATION, Appellant,

v.

Nicholas A. CANUSO, William B. Bedford, Frank Smith, Kelvin J. Johnson, Edward Zawrotny, Edward A. Hartman, Jennifer Kuehnle, James T. McCaffrey, John Martino, Vinh Van Phan, Joseph Calvitti, Robert Reilly, Gemma Ann Przybek, Thomas E. Paiden, Timothy A. Kehoe, William J. Conley, William Hardy And William James Root, Appellees.

Supreme Court of Pennsylvania.

May 18, 1998.

## ORDER

PER CURIAM:

AND NOW, this 18th day of May, 1998, we **AFFIRM** the Order of the Court of Common Pleas of Philadelphia County on the basis of our Opinion in *Sullivan v. Commonwealth, Department of Transportation, Bureau of Driver Licensing,* —— Pa. ——, 708 A.2d 481 (1998), and without regard to the constitutionality of Article IV of the Driver License Compact of 1961.